AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERRY JOHNSON,

Petitioner,

v.

JUSTIN PHILLIPS,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-247

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated October 11, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and the Court dismisses the Petitioner's petition for writ of habeas corpus. Further, the Court declines to issue a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands closed.

Approved by: _/s/_

October 18, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/1/03